REUBEN R. HATCHER v. THE PENNSYLVANIA RAILROAD COMPANY.

Submitted December 5, 1902—Decided February 24, 1903.

When the overwhelming weight of the testimony contradicts the story as to how the plaintiff was injured, and his story is entirely uncorroborated, and the evidence shows that he was injured only by reason of his own negligence, a verdict for the plaintiff will be set aside.

On rule to show cause.

For the plaintiff, *John T. Dunn.*

For the defendant, *Alan H. Strong.*

PER CURIAM.

The plaintiff was injured while alighting from a train of the defendant company at its station at Elizabeth. His story, as told upon the witness-stand, is that, after the train had come to a stop, he went upon the platform of the car to alight; that before he had done so a brakeman pushed him from the train, and that, just as he was pushed, the train started up and he was thrown off. His story is entirely uncorroborated.

The overwhelming weight of the testimony contradicts the plaintiff's story, and shows that he was injured solely by reason of his own negligence; that he was not pushed off the train, but that he either stepped or jumped off, while it was still in motion and before it had come to a standstill.

The rule to show cause should be made absolute.